**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 JUL 20  AM 10: 29

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLOR[IDA]
FORT MYERS, FLORIDA

FREDDIE LEE FREEMAN,

    Plaintiff,

vs.    Case No. 2:06-cv-496-FtM-34SPC

DR. VLATKO SALOPEK and PETER LARAIA,
Health Services Administrator,

    Defendants.
_____/

## ORDER OF DISMISSAL[1]

This matter comes before the Court upon periodic review of the file. *Pro se* Plaintiff, who is currently in the custody of the Florida Department of Corrections, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. #1) on September 18, 2006. As of the date of this Order, service of process has not been effectuated on Defendant P. Laraia, Health Services Administrator at Desoto Correctional.

The attempt by the U.S. Marshal to effectuate service on this defendant was unsuccessful. Doc. #21. The U.S. Marshal's notes on the service of process form indicate that Defendant Laraia is no longer employed at Desoto Correctional. On March 14, 2007, the

---

[1]This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

Court directed Plaintiff to find a valid address for Defendant Laraia and warned that the failure to do so would result in the dismissal of Defendant Laraia pursuant to Fed. R. Civ. P. 4(m). Plaintiff has not responded to the Court's March 14 Order.

Pursuant to Fed. R. Civ. P. 4(m), a district court may dismiss an action *sua sponte* if service is not effectuated within 120 days after the filing of the complaint. Even though Plaintiff is appearing *pro se*, "'[a] plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent service defects of which the plaintiff has knowledge.'" Salas v. Tillman, 162 Fed. Appx. 918, 923 (11th Cir. 2006) (unpublished) (quoting Fowler v. Jones, 899 F.2d 1088, 1095 (11th Cir. 1990)). The Court is also responsible for seeing that its limited resources are allocated in a way that promotes the effective and efficient administration of the judicial system. Consequently, Defendant Laraia is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 4(m).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant Laraia is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m).

2. The **Clerk of Court** shall: (1) correct the caption of the case to reflect the dismissal of Defendant Laraia; and (2) enter judgment accordingly.

**DONE AND ORDERED** in Fort Myers, Florida, on this 19th day of July, 2007.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record